JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL E. PRECIADO,<br><br>        Petitioner,<br><br>v.<br><br>M. GAMBOA,<br><br>        Respondent. | Case No. 5:24-cv-1504-SRM-AGR<br><br>**JUDGMENT [1]** |

   Pursuant to the Order of Dismissal,

   IT IS **ADJUDGED** that judgment is entered denying the Petition for Writ of Habeas Corpus and this action is dismissed with prejudice.

DATED: June 23, 2025

_____
HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE